IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01935-PSF-MJW

PEOPLE'S SOURCE INTERNATIONAL, LLC, et al.,

Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

Defendant(s).

---

**ORDER REGARDING PLAINTIFFS' MOTION TO RE-INSTATE CLAIMS
(DOCKET NO. 36)**

---

Entered by Magistrate Judge Michael J. Watanabe

This matter is before the court on the Plaintiffs' Motion to Re-Instate Claims (docket no. 36). The court has reviewed the motion and the response thereto. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law and order.

This case was set before Magistrate Judge Watanabe for a Rule 16 Scheduling Conference on December 19, 2005. At the Rule 16 Scheduling Conference, the Plaintiffs agreed to withdraw their motion captioned Plaintiffs' Renewed Motion for Temporary Restraining Order (docket no. 21) and Defendants agreed to withdraw their motion captioned Defendants' Motion to Dismiss (docket no. 18). Moreover, the parties agreed that the only remaining issue to be determined by this court in this litigation

1

concerned the issue of attorney fees. Accordingly, this court set a briefing schedule concerning the attorney fees issue. No Rule 16 Scheduling Order was entered since this case was resolved except for the attorney fees issue. See the record and minutes (docket no. 28) of the proceedings before Magistrate Judge Watanabe at the Rule 16 Scheduling Conference on December 19, 2005.

Based upon this record, this court finds that the parties have settled all issues by their agreement at the Rule 16 Scheduling Conference held on December 19, 2005, except for the attorney fees issue.

WHEREFORE, the Plaintiffs' Motion to Re-Instate Claims (docket no. 36) is DENIED.

Done this 22nd day of February 2006.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge