IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01935-PSF-MJW

PEOPLE'S SOURCE INTERNATIONAL, LLC, et al.,

Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Motion for Ruling (docket no. 42) is GRANTED.  Magistrate Judge Watanabe has entered a written Recommendation on Plaintiffs' Motion for Costs, Determination or Settlement; or Rejection of Settlement [sic](docket no. 31) dated February 24, 2006, that is pending decision by Judge Figa.  The last day to file objections to Magistrate Judge Watanabe's Recommendation was yesterday, March 6, 2006.  The Recommendation is now ripe for ruling before Judge Figa.

Date:  March 7, 2006