IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01935-PSF-MJW

PEOPLE'S SOURCE INTERNATIONAL, LLC;
WILLIAM MEGNEYS; and
ANNETTE MEGNEYS,

    Plaintiffs,

v.

UNITED STATES OF AMERICA; and
INTERNAL REVENUE SERVICE,

    Defendants.

## ORDER ON MAGISTRATE JUDGE'S RECOMMENDATION OF FEBRUARY 24, 2006

This matter comes before the Court on the Recommendation of the Magistrate Judge entered February 24, 2006 (Dkt. # 41), in which he recommended that Plaintiff's Motion for Costs, Determination or Settlement; or Rejection of Settlement (Dkt. # 31) be denied.  Plaintiff's Objections were filed on March 4, 2006.

The Recommendation of the Magistrate Judge adequately details the nature of the dispute between the parties and the resolution of that dispute, and need not be repeated here.  The reasons stated in the Recommendation of the Magistrate Judge for recommending denial of plaintiffs' request for administrative or litigation costs, primarily in the form of attorneys' fees, are neither clearly erroneous nor contrary to law.  *See also Buckhannon Bd. and Care Home, Inc., v. West Virginia Dept. of Health and Human Resources*, 532 U.S. 598, 600 (2001)(federal statutes permitting fee shifting in favor of

a prevailing party inapplicable where no judgment on the merits or a court-ordered consent decree was secured notwithstanding achievement of desired result).

Accordingly, Plaintiff's motion (Dkt. # 31) is DENIED and this case is DISMISSED with prejudice, each party to bear his, her or its own attorneys' fees and costs.

Dated: March 14, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge